921 A.2d 1182

**COMMONWEALTH of Pennsylvania, Petitioner,**

v.

**Edward BORZELLECA, Respondent.**

Supreme Court of Pennsylvania.

May 2, 2007.

## *ORDER*

PER CURIAM.

The Petition for Allowance of Appeal is **GRANTED.** The case is **REMANDED** to the Superior Court. The Superior Court is to consider *Commonwealth v. Nolan,* 579 Pa. 300, 855 A.2d 834, 839 n. 7 (2004). Jurisdiction relinquished.

Justice SAYLOR files a Dissenting Statement.

Justice SAYLOR, dissenting.

I respectfully dissent, as I believe that the facts of this case are materially distinguishable from those before the Court in *Commonwealth v. Nolan,* 579 Pa. 300, 855 A.2d 834, 839 (2004); *Nolan's* footnote 7 is *dictum* in any event, since that case concerned the application of a prior version of Section 110; and the trial court opinion in this case, adopted by the Superior Court, contains an extensive discussion of the "occur[rence] within the same judicial district" term of Section 110. At this juncture, I offer no comment on the merits; I merely believe that the majority's present order is likely to cause confusion, in light of the above considerations.